IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES EDWARD SMITH                                                                    PETITIONER
*ADC #103093*

vs.                              Civil Case No. 5:10CV00199 JMM-JTK

RAY HOBBS
*Director, Arkansas Department of Correction*                              RESPONDENT

ORDER

In an order dated July 29, 2010, the Court directed the Clerk to change the designation of this case from the Pine Bluff Division to the Western Division (DE #8). That request is withdrawn. This matter should therefore remain in the Pine Bluff Division.

SO ORDERED this 2nd day of August, 2010.

_____
United States Magistrate Judge