IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES EDWARD SMITH                                                               PETITIONER
*ADC #103093*

vs.                              Civil Case No. 5:10CV00199-JMM-JTK

RAY HOBBS
*Director, Arkansas Dept of Correction*                                RESPONDENT

ORDER

Now pending is Petitioner's Motion for Reconsideration of a July 29, 2010 order denying appointment of counsel (DE #14). Petitioner states in his motion that he "has limited access to [his prison's] Law Library," and he is "not able to Shepardize citations and/or statutes . . .because of the lack of access to legal materials." Petitioner references "Attachment #A" and "Attachment #B" to support his contentions; these documents are not attached, however, and the Court has not received them. Petitioner provides no further explanation as to why he cannot access his prison's legal resources. As Petitioner has not established a compelling reason why the Court should reconsider its earlier order, the Motion for Reconsideration is denied. If Petitioner, however, produces further proof and explanation as to why he cannot adequately access legal materials, the Court reserves the right to reconsider the motion.

SO ORDERED this 17th day of August, 2010.

_____
United States Magistrate Judge