**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JAMES EDWARD SMITH**                                                                               **PETITIONER**
*ADC #103093*

vs.                               **Civil Case No. 5:10CV00199-JMM-JTK**

**RAY HOBBS**
*Director, Arkansas Dept of Correction*                                           **RESPONDENT**

**ORDER**

     Now pending is Respondent's Motion to Strike Petitioner's First Set of Interrogatories (DE #19). Rule 6 of the Rules Governing Section 2254 Cases in the United States District Courts empowers the Court to, upon a party's request and with good cause shown, "authorize a party to conduct discovery under the Federal Rules of Civil Procedure." Petitioner propounded interrogatories on Respondent without requesting leave from the Court to do so. (DE #18) Furthermore, the Court has viewed the record in this case and finds it unnecessary to authorize an expanded discovery process. Respondent's motion is granted.

     SO ORDERED this 29th day of September, 2010.

_____
United States Magistrate Judge