IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES EDWARD SMITH                                                              PETITIONER
ADC #103093

vs.                                      Case No. 5:10-cv-00199-JTK

RAY HOBBS, Director,
Arkansas Department of Correction                                               RESPONDENT

## ORDER

Now pending is Petitioner's Motion for Default Judgment. (Doc. No. 32) In support of his motion, Petitioner restates the grounds for his habeas petition—namely that the Arkansas Department of Correction is unconstitutionally enhancing his sentence under Act 1805 of 2001, Ark. Code Ann. § 16-93-609 (Repl. 2006). Respondent opposes the motion. (Doc. No. 33) Petitioner offers no basis for which the Court should issue a default judgment against Respondent, and the Court currently finds no reason to issue a ruling in Petitioner's case outside the normal time frame for habeas corpus petitions. Accordingly, Petitioner's motion is denied.

SO ORDERED this 11th day of July, 2011.

_____
UNITED STATES MAGISTRATE JUDGE